# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **KEVIN BIRGEL,** | : Case No. 1:22-cv-261 |
| Plaintiff, | : Judge Susan J. Dlott |
| vs. | : |
| **LUTHER LANDSCAPING, LLC, et al.,** | : **ORDER ON PARTIES' JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE** |
| Defendants. | |

Plaintiff Kevin Birgel and Defendants Luther Landscaping, LLC and Joshua Luther, having filed their Joint Motion for Approval of FLSA Settlement and Dismissal of Case with Prejudice, and the Court, having reviewed the same and being duly advised in the premises, now GRANTS said Motion. The Court finds that the Settlement Agreement reflects a reasonable compromise of contested issues, and the terms of the settlement are reasonable, appropriate, and fair to all parties involved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Settlement Agreement is APPROVED and this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 14th day of March, 2023.

_____
Judge Susan J. Dlott
United States District Court